# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1649. DIEDRA L. HOOPER, et al. v. BRICKSTONE PROPERTIES, LLC.**

This appeal was docketed on June 18, 2021. The appellant's brief and enumeration of errors were due to be filed no later than July 8, 2021. Court of Appeals Rules 22 (a) and 23 (a). Appellant filed a brief on July 9, 2021, and the filing was returned by the Clerk of Court because the case number on the document did not match the case number of the case, the document did not contain certification of word count as required by Rule 24(f), and a Certificate of Service was not included with the filing. Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a). Additionally, Appellant's Pro Se Motion filed July 19, 2021 is denied as MOOT.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/20/2021*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*